THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Steven Hewitt, Appellant.
 
 
 

Appeal From Georgetown County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2012-UP-117   
 Submitted February 1, 2012  Filed
February 29, 2012

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Christina J. Catoe, all of Columbia;
 and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Steven Hewitt appeals his convictions for first-degree criminal
 sexual conduct with a minor and lewd act on a minor, arguing the circuit court
 erred in denying his motion for a mistrial.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Wilson, 389
 S.C. 579, 583, 698 S.E.2d 862, 864 (Ct. App. 2010) ("[A]s the law assumes a curative instruction will remedy an
 error, failure to accept such a charge when offered, or failure to object to
 the sufficiency of that charge, renders the issue waived and unpreserved for
 appellate review."); State v. George, 323 S.C. 496, 510, 476 S.E.2d
 903, 912 (1996) ("No issue is preserved for appellate review if the
 objecting party accepts the [circuit court's] ruling and does not
 contemporaneously make an additional objection to the sufficiency of the
 curative charge or move for a mistrial."); State v. Dunbar, 356
 S.C. 138, 143, 587 S.E.2d 691, 694 (2003) ("A party may not argue one
 ground at trial and an alternate ground on appeal.").
AFFIRMED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.